IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIRGIL GAMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:15-cv-00496 |
| v. | ) | |
| | ) | Judge Campbell |
| JP MORGAN CHASE & COMPANY, and | ) | Magistrate Judge Holmes |
| J.P. MORGAN SECURITIES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, JP Morgan Chase & Company and J.P. Morgan Securities LLC, hereby move this Court for an Order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as to all of Plaintiff's claims. In support of this Motion, Defendants have filed contemporaneously herewith: (1) a supporting Memorandum, setting forth the factual and legal reasons why Plaintiff's claims fail as a matter of law; (2) a Statement of Undisputed Material Facts; and (3) a Record Appendix containing the remaining relevant portions of the evidentiary record.

WHEREFORE, Defendants respectfully request that the Court grant their motion for summary judgment and dismiss all of Plaintiff's claims in this lawsuit with prejudice.

1

Respectfully submitted on May 16, 2016.

> /s/ Jonathan O. Harris
> Jonathan O. Harris (BPR 21508)
> OGLETREE, DEAKINS, NASH, SMOAK
> & STEWART, P.C.
> SunTrust Plaza, Suite 1200
> 401 Commerce Street
> Nashville, Tennessee 37219
> (615) 254-1900
> (615) 254-1908 (*Facsimile*)
> jon.harris@ogletreedeakins.com
>
> Attorney for Defendants, JP Morgan Chase
> & Company and J.P. Morgan Securities
> LLC

## CERTIFICATE OF SERVICE

I certify that on May 16, 2016, a true and correct copy of the foregoing document has been served ***via the Court's electronic filing service*** upon the following counsel of record for Plaintiff:

Andy L Allman
Andy L. Allman & Associates
131 Saundersville Road, Suite 110
Hendersonville, TN 37075

> /s/ Jonathan O. Harris

24839574.1

2