## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 31, 2017

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 16-6488, *Virgil Gamble v. JP Morgan Chase & Company, et al*
     Originating Case No. : 3:15-cv-00496

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Renee M. Jefferies
Case Manager
Direct Dial No. 513-564-7021

cc:  Mr. Jonathan O. Harris
     Mr. Robert Patrick Parker

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-6488
_____

Filed: May 31, 2017

VIRGIL GAMBLE

    Plaintiff - Appellant

v.

JPMORGAN CHASE & COMPANY; J.P. MORGAN SECURITIES, INC.

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 05/09/2017 the mandate for this case hereby issues today.

COSTS:  None